UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

PETER PAN BUS LINES, INC. and )
GREYHOUND LINES, INC., )
    *Plaintiffs,* )
)
v. )   CIVIL ACTION
)   NO.
FUNG WAH BUS TRANSPORTATION, INC. )
and KRISTINE TRAVEL AND TOURS, INC. )
doing business as TRAVEL PACK, )
    *Defendants.* )

FILING FEE PAID:
RECEIPT # 55843
AMOUNT $ 50.00
BY DPTY CLK
DATE 5/12/04

04-10946 JLT

## MOTION OF WESLEY S. CHUSED FOR LEAVE TO PERMIT APPEARANCE OF JEREMY KAHN *PRO HAC VICE* FOR THE PLAINTIFFS

Wesley S. Chused, attorney for the Plaintiffs, Peter Pan Bus Lines, Inc. and Greyhound Lines, Inc. ("Plaintiffs"), pursuant to Local Rule 83.5.3, hereby moves for leave to permit the appearance of attorney Jeremy Kahn of Washington, DC on behalf of the Plaintiffs, *pro hac vice*, in this action. In support of this Motion, Wesley S. Chused states as follows:

1. I am a member in good standing of the Bar of this Court and I am counsel of record for the Plaintiffs in this action.

2. The certificate of Jeremy Kahn, filed concurrently herewith, shows that (i) he is a member of the Bar in good standing in every jurisdiction where he has been admitted to practice; (ii) there are no disciplinary proceedings pending against him as a member of the Bar in any jurisdiction; and (iii) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

L:\13144\000\Pld\003

3. Mr. Kahn is an experienced transportation lawyer, specializing in representing interstate bus companies, he is particularly familiar with the facts and law relevant to the Plaintiffs' claims for relief in this action and is best suited to represent the Plaintiffs' interests in this case.

WHEREFORE, Wesley S. Chused prays that the Court grant this Motion to allow Jeremy Kahn to appear *pro hac vice* on behalf of the Plaintiffs, Peter Pan Bus Lines, Inc. and Greyhound Lines, Inc., in this action.

May 12, 2004

Wesley S. Chused (BBO #083520)
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800