UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

PETER PAN BUS LINES, INC. and )
GREYHOUND LINES, INC., )
    *Plaintiffs,* )
)
v. )   CIVIL ACTION
)   NO.
FUNG WAH BUS TRANSPORTATION, INC. )
and KRISTINE TRAVEL AND TOURS, INC. )
doing business as TRAVEL PACK, )   04 10946 JLT
    *Defendants.* )
)

**PLAINTIFF'S CORPORATE DISCLOSURE
UNDER LOCAL RULE 7.3**

Plaintiff Peter Pan Bus Lines, Inc. states that no publicly held company owns any of its corporate stock. The stock of this plaintiff is held by a privately owned Massachusetts Business Trust.

                PETER PAN BUS LINES, INC.

                By its attorney,

                */s/ Wesley S. Chused*

May 12, 2004           Wesley S. Chused (BBO#083520)
                LOONEY & GROSSMAN LLP
                101 Arch Street
                Boston, MA 02110
                (617) 951-2800