UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER PAN BUS LINES, INC. and<br>GREYHOUND LINES, INC.,<br>　　　　*Plaintiffs*,<br><br>v.<br><br>FUNG WAH BUS TRANSPORTATION, INC.<br>and KRISTINE TRAVEL AND TOURS, INC.<br>doing business as TRAVEL PACK,<br>　　　　*Defendants*. | CIVIL ACTION<br>NO. |

**PLAINTIFF'S CORPORATE DISCLOSURE
UNDER LOCAL RULE 7.3**

　　Plaintiff Greyhound Lines, Inc. states that all of its corporate stock is held through a subsidiary of Laidlaw International, Inc., a publicly held company.

　　　　　　　　　　　　　　　　　　GREYHOUND LINES, INC.

　　　　　　　　　　　　　　　　　　By its attorney,


May 12, 2004　　　　　　　　　　　　Wesley S. Chused (BBO#083520)
　　　　　　　　　　　　　　　　　　LOONEY & GROSSMAN LLP
　　　　　　　　　　　　　　　　　　101 Arch Street
　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　(617) 951-2800