AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF **Massachusetts**

PETER PAN BUS LINES, INC. and
GREYHOUND LINES, INC.

**SUMMONS IN A CIVIL CASE**

V.

FUNG WAH BUS TRANSPORTATION, INC. and
KRISTINE TRAVEL AND TOURS, INC. d/b/a
TRAVEL PACK

CASE NUMBER: 04cv10946 JLT

TO: (Name and address of defendant)

Fung Wah Bus Transportation, Inc.
28 Billings Road
Quincy, MA 02170

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Wesley S. Chused
Looney & Grossman LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

DATE 5-12-04

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE: May 13, 2004 |
| NAME OF SERVER: GERARD O'DONNELL JODREY | TITLE: Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left: _____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to **MR. SAMMY MUI, PERSON IN CHARGE AND** Duly Authorized Agent for the within-named **FUNG WAH BUS TRANSPORTATION, INC.**

Said service was made at: **28 BILLINGS ROAD, QUINCY**, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

SERVICE FEE  $  54.00    2  Trips

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  **May 13, 2004**
              Date

Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE __2__ ATTEMPTS BEFORE MAKING PROPER SERVICE.

Date    Time    Remarks    FEE

5-13-04 WHEN PROCESS SERVER ARRIVED AT 28 BILLINGS ROAD, QUINCY, MA HE DISCOVERED IT    $ _____
TO BE A VACANT STORE FRONT OFFICE WITH CONTRACTORS PAINTING SAID OFFICE.    $ 29.00
                                                                            $ _____
PROCESS SERVER HAD TO WAIT FROM 9:30 AM UNTIL 10 AM FOR MR. MUI TO ARRIVE AFTER    $ 25.00
BEING SUMMONED BY A CONTRACTORS.    $ _____
                                    $ _____
                        TOTAL    $ 54.00

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**             One Devonshire Place          Telephone # (617) 720-5733
**Massachusetts Constables since 1925**       Boston, MA 02109              Fax #        (617) 720-5737