AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF __Massachusetts__

PETER PAN BUS LINES, INC. and
GREYHOUND LINES, INC.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

FUNG WAH BUS TRANSPORTATION, INC. and
KRISTINE TRAVEL AND TOURS, INC. d/b/a
TRAVEL PACK

04cv10946 JLT

TO: (Name and address of defendant)

Kristine Travel and Tours, Inc.
d/b/a Travel Pack
23B Tyler Street
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Wesley S. chused
Looney & Grossman LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK  _TONY ANASTAS_

DATE  5-13-04

(BY) DEPUTY CLERK

| RETURN OF SERVICE ||||
|---|---|---|---|
| Service of the Summons and Complaint was made by me (1) || DATE | May 13, 2004 |
| NAME OF SERVER | BURTON M. MALKOFSKY | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to   Mr. Peter Yiao, Manager and
Duly Authorized Agent for the within-named   Defendant, Kristine Travel and Tours, Inc. d/b/a Travel Pack.
Said service was made at:
23B Tyler Street, Boston , MASSACHUSETTS

**STATEMENT OF SERVICE FEES**

SERVICE FEE  $ 24.00      Trips

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 13, 2004
Date

Signature of Server   *[signed] Burton M. Malkofsky*

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
|  |  |  | $ _____ |
|  |  |  | $ _____ |
|  |  |  | $ _____ |
|  |  |  | $ _____ |
|  |  |  | $ _____ |
|  |  |  | $ _____ |
|  |  | TOTAL | $ _____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**            **One Devonshire Place**         Telephone # (617) 720-5733
**Massachusetts Constables since 1925**     **Boston, MA 02109**             Fax #       (617) 720-5737