UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PETER PAN BUS LINES, INC. and<br>GREYHOUND LINES, INC.,<br>*Plaintiffs*,<br><br>v.<br><br>FUNG WAH BUS TRANSPORTATION, INC.<br>and KRISTINE TRAVEL AND TOURS, INC.<br>doing business as TRAVEL PACK,<br>*Defendants*. | CIVIL ACTION<br>NO. 04-10946-JLT |

### SUMMONS AND ORDER OF NOTICE

To:   Kristine Travel and Tours, Inc. doing business as Travel Pack
      23 B Tyler Street
      Boston, MA 02111

You are hereby summoned and required to serve upon **Wesley S. Chused**, plaintiffs' attorney, whose address is **Looney & Grossman LLP, 101 Arch Street, Boston, MA 02110-1112**, an answer to the Complaint which is herewith served upon you. This must be done within 20 days after service of this summons upon you, exclusive of the day of service. You are also required to file your answer to the Complaint in the office of the Clerk of this Court at 1 Courthouse Way, Boston, Massachusetts 02210 either before service upon plaintiffs' attorney or within a reasonable time thereafter.

**WE ALSO NOTIFY YOU** that an Application for preliminary injunctive relief against you has been made in said action, and that a hearing upon such application will be held at the courthouse at said United States District Court, 1 Courthouse Way, Boston, Massachusetts on May 18, 2004, at 2:00 p.m. in Courtroom 20, 7th Floor, at which time you may appear and show cause why such application should not be granted.

Date: 5/12/04

_____
Tony Anastas, Clerk

_____
(By) Deputy Clerk

# THE COMMONWEALTH OF MASSACHUSETTS

**OFFICER'S RETURN:** ____SUFFOLK____ SS.    ____BOSTON, MA.____    ____May 13, 2004____

I THIS DAY, CERTIFY AND RETURN THAT I HAVE SERVED THE WITHIN

____**FEDERAL SUMMONS AND ORDER OF NOTICE**____

UPON THE WITHIN-NAMED ____**KRISTINE TRAVEL AND TOURS, INC. D/B/A TRAVEL PACK**____

BY HANDING TRUE AND ATTESTED COPIES THEREOF TO

____**MR. PETER YIAO**____

ITS ____**MANAGER**____ AND DULY AUTHORIZED AGENT.

SAID SERVICE WAS MADE AT

____**23B TYLER STREET, BOSTON**____, MASSACHUSETTS.

FEE: ____15.00____

*[signature]*

~~Constable and~~
~~Court Appointed~~ Process Server

**ALSO SERVED:**
Complaint for Injunctive Relief;
Plaintiff's Corporate Disclosure Under Local Rule 7.3 for Peter Pan Bus Lines, Inc.;
Plaintiff's Corporate Disclosure Under Local Rule 7.3 for Greyhound Lines, Inc.;
Motion of Wesley S. Chused for Leave to Permit Appearance of Jeremy Kahn *Pro Hac Vice* for the Plaintiffs;
Certificate of Jeremy Kahn Pursuant to Local Rule 83.5.3(b) for Admission *Pro Hac Vice*;
Plaintiffs' Memorandum in Support of Application for Preliminary Injunctive Relief;
Affidavit of Robert Schwarz, Executive Vice President of Plaintiff Peter Pan Bus Lines, Inc. in Support of Plaintiffs' Motion for Preliminary Injunction;
Affidavit of Gregory Alexander of Greyhound Lines, Inc. in Support of Plaintiffs' Motion for Preliminary Injunction; and
Proposed Order on Application for Preliminary Injunction.

| | | |
|---|---|---|
| Suvalle, Jodrey & Associates | One Devonshire Place | Telephone # (617) 720-5733 |
| Massachusetts Constables since 1925 | Boston, MA 02109 | Fax #    (617) 720-5737 |