# Looney & Grossman LLP

Attorneys at Law

Wesley S. Chused
Voicemail: Ext. 551
Email: wchused@lgllp.com

101 Arch Street
Boston, Massachusetts 02110-1112
Telephone (617) 951-2800
Telecopier (617) 951-2819
www.lgllp.com

May 17, 2004

Via Fax (617) 748-9096
The Honorable Joseph L. Tauro
John Joseph Moakley
United States Courthouse
One Courthouse Way
Boston, MA 02210

  Re: Peter Pan Bus Lines, Inc., et al. v.
     Fung Wah Bus Transportation, Inc., et at
     **Civil Action No. 04-10946-JLT**
     <u>Hearing Date for Plaintiffs' Motion for Preliminary Injunction</u>

Dear Judge Tauro:

  As a follow-up to my telephone conversation with your clerk, Zita Lovett, on Friday afternoon, May 14, 2004, I am writing to advise that, subject to the Court's approval, Plaintiffs withdraw their Opposition to Defendant Kristine Travel and Tours' Emergency Motion to continue the hearing on Plaintiffs' request for a preliminary injunction, presently scheduled for tomorrow, May 18, 2004 at 12:00 noon, as Plaintiffs propose instead to continue the hearing to **Monday, May 24, 2004**, at a time permitted by your schedule.

  Plaintiffs believe this proposal, which I have discussed with counsel for defendant Kristine Travel and Tours, is a reasonable approach to the issues raised by that defendant in its Emergency Motion to continue the hearing until May 27.

  Without in any way backing off from their claim that their ongoing harm is irreparable and that they require relief immediately, Plaintiffs do acknowledge that this case, founded on asserted violation of a comprehensive federal regulatory scheme, and requesting an injunction to have Defendants refrain from operating their regularly scheduled Boston – New York passenger service until they obtain proper Federal Motor Carrier Safety Administration registration, could warrant a few additional days in which Defendants might prepare for the hearing.

  Plaintiffs believe that the proposed May 24 hearing date is a reasonable one, which serves to balance Plaintiffs' desire to have their claims heard expeditiously against the desire of Defendants to fairly prepare their defense. Based on my conversation with Attorney Darrell

Looney & Grossman LLP
The Honorable Joseph L. Tauro
May 17, 2004
Page 2


Mook, counsel for defendant Kristine Travel, May 24 is a date on which he is available. Postponement of the hearing to a later date would move Plaintiffs closer to the Memorial Day holiday, which would serve to delay even longer any hearing on what Plaintiffs believe is a matter with great time urgency and for which they seek immediate relief. The Holiday weekend is a busy travel time; if Plaintiffs' argument is accepted by the Court, they should be entitled to the requested injunctive relief prior to the Memorial Day Holiday weekend.

     I have not yet heard from any attorney representing defendant Fung Wah (although I have attempted to ascertain who that might be), and this proposed delay of several days, to May 24, will give that defendant additional time as well. (In Plaintiff's Opposition to Kristine Travel's Emergency Motion to Continue, by reason of some apparent miscommunication, I had believed that Mr. Botti represented defendant Fung Wah as well, but I have since learned that I was mistaken about that).

     May I also advise that Plaintiffs' lead counsel must travel from Washington, D.C. for the preliminary injunction hearing, and for that reason, we respectfully request your early consideration of this request to permit his making travel arrangements during the pre-Holiday week.

     Your favorable consideration of this request is appreciated.

                        Very truly yours,

                        /s/ Wesley S. Chused
                        Wesley S. Chused

cc:    Andrew P. Botti, Esq. (via FAX 617-406-4501)
        Fung Wah Bus Transportation, Inc.
        Jeremy Kahn, Esq.
        Fritz Kahn, Esq.