# Looney & Grossman LLP
## Attorneys at Law

Wesley S. Chused
Voicemail: Ext. 551
Email: wchused@lgllp.com

101 Arch Street
Boston, Massachusetts 02110-1112
Telephone (617) 951-2800
Telecopier (617) 951-2819
www.lgllp.com

May 19, 2004

**VIA FAX ((617) 748-9096) AND MAIL**
The Honorable Joseph L. Tauro
John Joseph Moakley
United States Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:    Peter Pan Bus Lines, Inc., et al. v.
              Fung Wah Bus Transportation, Inc., et al
              **Civil Action No. 04-10946-JLT**
              Hearing Date for Plaintiffs' Motion for Preliminary Injunction

Dear Judge Tauro:

      Yesterday afternoon, in speaking with your courtroom clerk, Zita Lovett, I learned that you have not yet scheduled a hearing on Plaintiffs' application for a preliminary injunction in the above case, although the possibility remains that the hearing may still be held on May 27, 2004, the date requested in defendant Kristine Travel and Tour's motion to continue.

      On behalf of Plaintiffs, and with utmost respect for and appreciation of your schedule and other urgent matters before Your Honor, Plaintiffs, nonetheless, respectfully request and urge that their preliminary injunction be heard no later than May 27, 2004, and even earlier if possible. This is a matter of great urgency and importance to my clients who continue to lose business and revenues every day as a result of Defendants' illegal operations. The Memorial Day holiday is traditionally a busy one for bus travel, and if my clients' position is upheld, the harm to them from lost business over that weekend will be even greater. None of these lost revenues can be recovered, and Plaintiffs continue to suffer irreparable harm. May I also point out that this claim is one made under an express federal statute governing bus transportation contemplating the relief requested; this is not a general business dispute in which traditional tort or equity considerations will come into play. This, too, is a reason for an early hearing.

      We estimate that the arguments of all parties (I am informed that defendant Fung Wah's counsel, Lawrence Kulig, is going to file his appearance today) on the injunction could be heard within a one hour time frame, and we would be glad to work with you and around the other matters on your docket (before or after other hearings, during recesses, etc.). We ask only 24

Looney & Grossman LLP
The Honorable Joseph L. Tauro
May 19, 2004
Page 2


hours' notice so that Plaintiffs' lead counsel, Jeremy Kahn, can fly to Boston from Washington, D.C.

 Your consideration of this matter is greatly appreciated. We look forward to hearing from you.

         Very truly yours,


         /s/ Wesley S. Chused
         Wesley S. Chused
         Counsel for Plaintiffs


cc: Andrew P. Botti, Esq. (via Fax (617) 406-4501)
   Darryl Mook, Esq. (via Fax (617) 406-4501)
   Lawrence R. Kulig, Esq. (via Fax (617) 523-6850)
   Jeremy Kahn, Esq. (via Fax (202) 833-1219)
   Fritz Kahn, Esq. (via Fax (202) 331-8330)