UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| PETER PAN BUS LINES, INC.<br>and GREYHOUND LINES, INC.,<br>    Plaintiffs,<br>v.<br><br>FUNG WAH BUS TRANSPORTATION,<br>INC. and KRISTINE TRAVEL AND<br>TOURS, INC. d/b/a TRAVEL PACK,<br>    Defendants. | Civil Action<br>No. 04-10946-JLT |

### NOTICE OF APPEARANCE

Please enter the undersigned's appearance as counsel for the defendant, Fung Wah Bus Transportation, Inc.

FUNG WAH BUS TRANSPORTATION, INC.
By its attorneys,

_/s/ Lawrence R. Kulig_
Lawrence R. Kulig (BBO #544656)
Holland + Knight LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: May 19, 2004

# 1952065_v1