UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

PETER PAN BUS LINES, INC. and
GREYHOUND LINES, INC.,

Plaintiffs,

v.

FUNG WAH BUS TRANSPORTATION,
INC. and KRISTINE TRAVEL and
TOURS, INC. d/b/a TRAVEL PACK,

Defendants.

C. A. No. 04-10946-JLT

## OPPOSITION OF DEFENDANT, FUNG WAH BUS TRANSPORTATION, INC., TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

The defendant, Fung Wah Bus Transportation, Inc. ("Fung Wah"), hereby relies upon the Affidavit of its President, Pei Lin Liang, submitted herewith, together with the Memorandum of Opposition filed by the co-defendant, Kristine Travel and Tours, Inc. d/b/a Travel Pack ("Travel Pack"), which arguments Fung Wah joins in and incorporates herein, in opposition to the plaintiffs' motion for preliminary injunction.

More specifically, similar to Travel Pack, Fung Wah (i) continues to satisfy all applicable safety and insurance standards and regulations promulgated by the federal government for "regular route carriers" (and there is no evidence to the contrary), (ii) holds a valid "special and charter service" certificate, and (iii) has already filed for, and anticipates receiving within a few weeks, a "regular route

# 1971357_v1

carrier" certificate (which Fung Wah had previously applied for in March, 2001 and reasonably understood it possessed).

Therefore, at all times, Fung Wah has satisfied the substantive requirements of the federal statutes and regulations for both "special and charter service carriers", as well as "regular route carriers". Upon notice of the alleged deficiency in the form of its certificate, Fung Wah has acted promptly to remedy it. Lastly, the public interest and the balancing of harms strongly weighs in favor of Fung Wah since the consumer public greatly benefits from competition among carriers to provide low cost, efficient transportation alternatives, and Fung Wah employs approximately 30 employees who would be severely impacted if Fung Wah were enjoined from operating its business.

For these reasons, the plaintiffs' motion should be denied.

Respectfully submitted

By its attorneys,

*[signature]*

Lawrence R. Kulig (BBO #544656)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, Massachusetts 02116
(617) 523-2700

Dated:   May 26, 2004

# 1971357_v1

## **CERTIFICATE OF SERVICE**

I, Lawrence R. Kulig, do hereby certify that I served a true copy of the within document on this 26th day of May, 2004, on the following:

Wesley S. Chused, Esq.
Looney & Grossman
101 Arch Street
Boston, MA 02110

Andrew P. Botti, Esq.
Donovan & Hattem
Two Seaport Lane
Boston, MA 02210

_____
Lawrence R. Kulig

# 1971357_v1