# EXHIBIT B

*Affidavit of Pei Lin Liang, President of Fung Wah Bus Transportation, Inc.
in Opposition to Plaintiffs' Motion for Preliminary Injunction*

# 1970740_v1



**U.S. Department of Transportation**
**Federal Motor Carrier Safety Administration**

400 Seventh St., S.W.
Washington, D.C. 20590

April 12, 2004

PEI LIN LIANG
PRESIDENT
FUNG WAH BUS TRANSPORTATION INC
139 CANAL STREET
NEW YORK NY 10002

In reply refer to:
Your USDOT No.: 954187
Review No.: 313265/CR

Dear PEI LIN LIANG:

The motor carrier safety rating for your company is:

SATISFACTORY

This SATISFACTORY rating is the result of a review and evaluation of your safety fitness completed on April 8, 2004. A SATISFACTORY rating indicates that your company has adequate safety management controls in place to meet the safety fitness standard prescribed in 49 C.F.R. 385.5.

Please assure yourself that any specific deficiencies identified in the review report have been corrected. We appreciate your efforts toward promoting motor carrier safety throughout your company. If you have questions or require further information, please contact your local Federal Motor Carrier Safety Administration office listed below:

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION
TRANSPORTATION SYSTEMS CENTER
55 BROADWAY, ROOM 1-35
CAMBRIDGE, MA 02142
Telephone No.: 617-494-2770

Charles A. Horan, III
Director, Office of Enforcement and Compliance