# EXHIBIT C

*Affidavit of Pei Lin Liang, President of Fung Wah Bus Transportation, Inc.
in Opposition to Plaintiffs' Motion for Preliminary Injunction*

# 1970740_v1

# LAM & LAM

ATTORNEYS AT LAW
109 LAFAYETTE STREET
SUITE 301
NEW YORK, N.Y. 10013

**FRANK LAM**
**MICHAEL LAM**
MEMBERS OF N.Y. & N.J. BARS

(212) 966-7000

FAX (212) 226-5110

May 19, 2004

FMCSA
400 7th Street SW
Rm# 8218
Washington, D.C. 20590
Attn: Ms. Pat Wills

Re: MC-405969-C

Dear Ms. Wills:

Pursuant to our conversation, enclosed please find the application for the Motor Passenger Carrier Authority. Please make note that, first, we do already have any MC# (MC-405969-C), and second, that we had previously applied for "regular route" authority. However, since we received no notification that we were missing any information, we had assumed all was well. Pursuant to our conversation, we hereby re-submit an application to amend the scope of our licensure.

If you have any questions, or if I can be of any help to you, please feel free to call me at 212-966-7000. I truly thank you for your time, attention, and expedited processing of this application.

Sincerely yours,

Michael Lam, Esq.

ML/sh
encls.

Federal Motor Carrier Safety Administration
FORM OP-1(P)
APPLICATION FOR MOTOR PASSENGER CARRIER AUTHORITY

Approved by OMB
2126-0016
Expires 00/00/00

This application is for all individuals and businesses requesting authority to operate as motor passenger common or contract carriers.

Docket No. MC-_____

Filed _____

Fee No. _____

CC Approval No. _____

## SECTION I

### Applicant Information

Do you now have authority from or an application being processed by the former ICC, FHWA, OMCS, or FMCSA?
☐ NO  ☒ YES   If yes, identify the lead docket number(s)  MC-405969-C

LEGAL BUSINESS NAME
FUNG WAH BUS TRANSPORTATION INC.

DOING BUSINESS AS NAME
FUNG WAH BUS TRANSPORTATION INC.

BUSINESS ADDRESS
68 BEACH STREET, BOSTON, MASSACHUSSETTS 02111 ( )
Street Name and Number    City    State  Zip Code    Telephone Number

MAILING ADDRESS (If different from above)

Street Name and Number          City       State        Zip Code

REPRESENTATIVE (Person who can respond to inquiries)

MICHAEL LAM, ESQ. (ATTORNEY)
Name and title, position, or relationship to applicant

109 LAFAYETTE STREET, SUITE 301, NEW YORK, NEW YORK 10013
Street Name and Number                City     State      Zip Code
Telephone Number (212) 966-7000       FAX Number (212) 226-5110

USDOT Number (If available; if not, see Instructions.) _____

FORM OF BUSINESS (Check only one.)
☒ Corporation          State of Incorporation  NEW YORK
☐ Sole Proprietorship  Name of Individual _____
☐ Partnership          Identify Partners _____

## SECTION II

### Type of Authority

You must submit a filing fee for each type of authority requested (for each box checked).

☒   MOTOR PASSENGER COMMON CARRIER
☐   MOTOR PASSENGER CONTRACT CARRIER

**Federal Motor Carrier Safety Administration**  Approved by OMB
**FORM OP-1(P)**  2126-0016
**APPLICATION FOR MOTOR PASSENGER CARRIER AUTHORITY**  Expires 00/00/00

**SECTION III**

**Insurance Information**

All motor passenger carrier applicants must maintain public liability insurance. The amounts in parentheses represent the minimum amount of coverage required.

Applicant will use vehicles with seating capacities of (check only one box):

☒ 16 passengers or more ($5,000,000)
☐ 15 passengers or fewer only ($1,500,000)

**SECTION IV**

**Safety Certification**

**APPLICANTS SUBJECT TO FEDERAL MOTOR CARRIER SAFETY REGULATIONS** - If you are subject to pertinent portions of the U.S. DOT's Federal Motor Carrier Safety Regulations at 49 CFR, Chapter 3, Subchapter B (Parts 350-399), you must certify as follows:
Applicant has access to and is familiar with all applicable U.S. DOT regulations relating to the safe operation of commercial vehicles and the safe transportation of hazardous materials and it will comply with these regulations. In so certifying, applicant is verifying that, at a minimum, it:

(1) Has in place a system and an individual responsible for ensuring overall compliance with Federal Motor Carrier Safety Regulations;
(2) Can produce a copy of the Federal Motor Carrier Safety Regulations and the Hazardous Materials Transportation Regulations;
(3) Has in place a driver safety training/orientation program;
(4) Has prepared and maintains an accident register (49 CFR 390.15);
(5) Is familiar with DOT regulations governing driver qualifications and has in place a system for overseeing driver qualification requirements (49 CFR Part 391);
(6) Has in place policies and procedures consistent with DOT regulations governing driving and operational safety of motor vehicles, including drivers= hours of service and vehicle inspection, repair, and maintenance (49 CFR Parts 392, 395 and 396);
(7) Is familiar with and will have in place on the appropriate effective date, a system for complying with U.S. DOT regulations governing alcohol and controlled substances testing requirements (49 CFR 382 and 49 CFR Part 40).

☐ YES

**EXEMPT APPLICANTS** - If you are exempt from Federal Motor Carrier Safety Regulations, you must certify as follows:

Applicant is familiar with and will observe general operational safety guidelines, as well as any applicable State and local laws and requirements relating to the safe operation of commercial motor vehicles and the safe transportation of hazardous materials.

☐ YES

**SECTION V**

**Compliance Certification**

**ALL MOTOR PASSENGER CARRIER APPLICANTS** must certify as follows:
Applicant is fit, willing, and able to provide the proposed operations and to comply with all pertinent statutory and regulatory requirements.

☒ YES

**Federal Motor Carrier Safety Administration**  
**FORM OP-1(P)**  
**APPLICATION FOR MOTOR PASSENGER CARRIER AUTHORITY**

Approved by OMB  
2126-0016  
Expires 00/00/00

**SECTION VI**

**Government Funding Status**

Specify the nature of governmental financial assistance you receive, if any, by checking the appropriate box below. (Check only one box.)

☐ Public recipient - Applicant is any of the following: any state; any municipality or other political subdivision of a state; any public agency or instrumentality of such entities of one or more state(s); an Indian tribe; and any corporation, board or other person owned or controlled by such entities or owned by, controlled by, or under common control with such a corporation, board, or person which is receiving or has ever received governmental financial assistance for the purchase or operation of any bus.

☐ Private recipient - Applicant is not a public recipient but is receiving, or has received in the past, governmental financial assistance in the form of a subsidy for the purchase, lease, or operation of any bus.

☒ Non-recipient - Applicant is not receiving, or using equipment acquired with, governmental financial assistance.

*Public Interest Criteria:* Regular route applicants and private recipient applicants may introduce supplemental evidence describing how the proposed service will respond to existing transportation needs or is otherwise consistent with the public interest. Filing this evidence with the application is optional, but it may be needed later, if the application is protested.

*Public Recipient Applicants:* All public recipient applicants for charter or special transportation must submit evidence to demonstrate either that:

(1) No motor common carrier of passengers (other than a motor common carrier of passengers that is a public recipient of governmental assistance) is providing, or is willing and able to provide, the transportation to be authorized by the certificate; or

(2) The transportation to be authorized by the certificate is to be provided entirely in the area in which the public recipient provides regularly scheduled mass transportation services.

Supplemental evidence should be provided on a separate sheet of paper attached to this application.

*Fitness Only Criteria:* No additional evidence is needed from non-recipient applicants for charter and special transportation and applicants for contract carrier operations.

**Federal Motor Carrier Safety Administration**  
**FORM OP-1(P)**  
**APPLICATION FOR MOTOR PASSENGER CARRIER AUTHORITY**

Approved by OMB  
2126-0016  
Expires 00/00/00

**SECTION VII**

**Scope of Operating Authority**

(1) ☒ **Charter and special transportation**, in interstate or foreign commerce, between points in the United States.

(2) ☐ **Charter and special transportation**, between points in the United States, provided by United States-based enterprises owned or controlled by persons of Mexico.

(3) ☒ Service as a common carrier over **regular routes**. (Regular route passenger carrier authority to perform regularly scheduled service only over named roads or highways.) Regular route passenger service includes authority to transport newspapers, baggage of passengers, express packages, and mail in the same motor vehicle with passengers, or baggage of passengers in a separate motor vehicle.

(5) ☐ Service as a common carrier over **regular routes** provided by United States-based enterprises owned or controlled by persons of Mexico.

<u>Applicants requesting authority to operate over regular routes</u> - On a separate sheet of paper attached to the application, describe the specific routes over which you intend to provide regularly scheduled service. You must also furnish a map clearly identifying each regular route involved in your passenger carrier service description(s).

(6) ☐ **Intrastate authority**

(a) Are you also requesting <u>intrastate authority</u> to provide the service described in item 2?  
☒ YES ☐ NO

(b) Do you already hold <u>interstate authority</u> to provide the service described above?  
☒ YES ☐ NO

(c) If you responded "YES" to 3(b) (*i.e.*, if you already hold interstate authority to provide this service), was the authority issued on or before November 19, 1982?  
☐ YES ☒ NO

If you responded "YES" to 3(c), you must attach to your application a copy of the interstate authority or authorities issued on before November 19, 1982, authorizing the transportation of passengers on the routes over which you request intrastate authority. <u>You must mark the envelope and the application in the upper right corner of the front page "90-Day Intrastate Passenger Application."</u>

NOTE: The FMCSA has no jurisdiction to grant intrastate authority independently of interstate authority on the same routes. Also, no carrier may conduct operations under a certificate authorizing intrastate regular route service unless it <u>actually is conducting substantial operations</u> in interstate commerce over the same route.

## Specific Routes of Regularly Scheduled Service

**From New York City to Boston:**

1. Start at 139 Canal Street
2. Take Canal Street west to Bowery Street
3. Make a right turn on Bowery Street and continue on to Delancey Street
4. Make a right turn on Delancey Street and go over the Williamsburg Bridge
5. Take Brooklyn-Queens Expressway (I-278) East until the end
6. Take I-95 north
7. Continue to Exit 48, to I-91 north
8. Continue to Exit 29, to I-84 east
9. Take I-90 east
10. Exit at Atlantic Avenue
11. Make a left turn on to Beach Street
12. Stop at 68 Beach Street

**From Boston to New York City:**

1. Start at 68 Beach Street
2. Make a left turn to Harrison Avenue
3. Make a left turn to Kneeland Street
4. Make a right turn into I-90 west
5. Continue to I-84 west
6. Continue to I-91 south
7. Continue to I-95 south
8. Take Brooklyn-Queens Expressway (I-278) west to Williamsburg Bridge Exit
9. Cross over Williamsburg Bridge and continue down Delancey Street
10. Make a left turn on Chrystie Street
11. Continue down Chrystie Street and make a right turn on to Canal Street
12. Stop at 139 Canal Street.



NEW YORK CITY LOCAL MAP



NEW YORK – BOSTON
INTERSTATE ROUTE



BOSTON LOCAL MAP

**Federal Motor Carrier Safety Administration**
**FORM OP-1(P)**
**APPLICATION FOR MOTOR PASSENGER CARRIER AUTHORITY**

Approved by OMB
2126-0016
Expires 00/00/00

**SECTION VII**

**Scope of Operating Authority (cont.)**

(6) ☐ Service as a **contract carrier** between points in the United States, under continuing contract(s) with persons or organizations requiring passenger transportation service;

or

☐ Service as a **contract carrier** between points in the United States, under continuing contract(s) with:

_____
*Contracting persons or organizations*

As a contract carrier, I will: (Check the box(es) indicating how you will meet the statutory requirements for contract carriage.)

(a) ☐ Furnish the transportation service through the assignment of motor vehicles for a continuing period of time for the exclusive use of each group or organization served;

(b) ☐ Furnish the transportation service designed to meet the distinct needs of each group, organization, or class of groups or organizations. Describe briefly the distinct need(s) below and/or introduce supplemental supporting evidence to identify service needs corresponding to the operations proposed.

_____
_____
_____
_____

(7) ☐ Alternative Service Descriptions

If you request authority that is not covered by items 1-6 above, (*i.e.*, authority to operate in specific territories not identified in the service options previously set forth), describe in the space below.

_____
_____
_____

This service description takes into account the applicant's operational capacity, is responsive to applicant's present and prospective service interest, is not unduly restrictive, and is consistent with the purposes of the Interstate Commerce Act. Certify by checking:

☐ YES

**SECTION VIII**

**Affiliations**

**AFFILIATION WITH OTHER FORMER ICC, FHWA, OR OMCS; NOW FMCSA-LICENSED ENTITIES.** Disclose any relationship you have or have had with any other former ICC, now FMCSA-licensed entity within the past 3 years. For example, this could be through a percentage of stock ownership, a loan, or a management position. If this requirement applies to you, provide the name of the company, MC-number, DOT number, and that company's latest U.S. DOT safety rating. (If you require more space, attach the information to this application form.)

_____

_____

_____

**SECTION IX**

**Applicant's Oath**

This oath applies to all supplemental filings to this application. <u>The signature must be that of applicant, not legal representative.</u>

I, __Pei Lin Liang is president of Fung Wah Bus Transportation Inc.__, verify under penalty of
*Name and title*

perjury, under the laws of the United States of America, that all information supplied on this form or relating to this application is true and correct. Further, I certify that I am qualified and authorized to file this application. I know that willful misstatements or omissions of material facts constitute Federal criminal violations punishable under 18 U.S.C. 1001 by imprisonment up to 5 years and fines up to $10,000 for each offense. Additionally, these misstatements are punishable as perjury under 18 U.S.C. 1621, which provides for fines up to $2,000 or imprisonment up to 5 years for each offense.

I further certify under penalty of perjury, under the laws of the United States, that I have not been convicted, after September 1, 1989, of any Federal or State offense involving the distribution or possession of a controlled substance, or that if I have been so convicted, I am not ineligible to receive Federal benefits, either by court order or operation of law, pursuant to Section 5301 of the Anti-Drug Abuse Act of 1988 (21 U.S.C. 862).

Finally, I certify that applicant is not domiciled in Mexico or owned or controlled by persons of that country. (Note: This portion of the Applicant's Oath does not pertain to Mexican passenger carriers seeking to provide charter and tour bus service across the United States - Mexico international border or U.S.-based enterprises owned or controlled by persons of Mexico seeking to provide bus services between points in the United States.)

Signature _[signature]_          Date _May 19-2004_

**Filing Fee Information**

All applicants must submit a filing fee for each type of authority requested. The enclosed fee schedule will show the appropriate filing fee. The total amount due is equal to the fee times the number of boxes checked in *Section II*. Fees for multiple authorities may be combined in a single payment.

Total number of boxes checked in *Section II*: __1__ x filing fee $ __300.00__ = $__300.00__

INDICATE AMOUNT $ __300.00_____ AND METHOD OF PAYMENT

☐ CHECK or   ☐ MONEY ORDER, payable to: **Federal Motor Carrier Safety Administration**

☒ VISA    ☐ MASTERCARD

Credit Card Number __4802 1320 5157 3445_____ Expiration Date __09/30/05__

Signature _____ Date __May 19 - 2004__

**Fee Policy**

! Filing fees must be payable to the **Federal Motor Carrier Safety Administration**, by check drawn upon funds deposited in a bank in the United States or money order payable in U.S. currency or by approved credit card.

! Separate fees are required **for each type of authority requested.** If applicant requests multiple types of permanent authority on one application form (for example, common and contract carrier authority) or if applicant submits more than one form in the OP-1 Series in a single filing, multiple fees are required. The applicant may submit a single payment for the sum of the applicable fees.

! Filing fees must be sent, along with the original and one copy of the application, to Federal Motor Carrier Safety Administration, P. O. Box 100147, Atlanta, GA, 30384-0147. **For express mail only**: Nationsbank Wholesale Lockbox 100147, 6000 Feldwood Road, 3rd Floor East, College Park, GA 30349. **For credit card only**: FMCSA, Licensing Team, Suite 600, 400 Virginia Avenue, S.W., Washington, D.C., 20024.

! After an application is received, the filing fee is not refundable.

! The FMCSA reserves the right to discontinue processing any application for which a check is returned because of insufficient funds. The application will not be processed until the fee is paid in full.