UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER PAN BUS LINES, INC. and GREYHOUND LINES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>FUNG WAH BUS TRANSPORTATION, INC. and KRISTINE TRAVEL and TOURS, INC. d/b/a TRAVEL PACK,<br><br>Defendants. | C. A. No. 04-10946-JLT |

**DEFENDANT, FUNG WAH BUS TRANSPORTATION, INC.'S
<u>CORPORATE DISCLOSURE UNDER LOCAL RULE 7.3</u>**

Defendant, Fung Wah Bus Transportation, Inc. states that no publicly held company owns any of its corporate stock. The stock is privately owned.

Respectfully submitted

By its attorneys,

_/s/ Lawrence R. Kulig_
Lawrence R. Kulig (BBO #544656)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, Massachusetts 02116
(617) 523-2700

Dated: May 26, 2004

# 1974686_v1

## **CERTIFICATE OF SERVICE**

I, Lawrence R. Kulig, do hereby certify that I served a true copy of the within document on this 27th day of May, 2004, on the following:

>Wesley S. Chused, Esq.
>Looney & Grossman
>101 Arch Street
>Boston, MA 02110
>
>Andrew P. Botti, Esq.
>Donovan & Hattem
>Two Seaport Lane
>Boston, MA 02210

_____
Lawrence R. Kulig

# 1974686_v1