UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 27 A 9:29

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| PETER PAN BUS LINES, INC. and GREYHOUND LINES, INC., <br> Plaintiffs, <br><br> v. <br><br> FUNG WAH BUS TRANSPORTATION, INC. and KRISTINE TRAVEL AND TOURS, INC. doing business as TRAVEL PACK, <br> Defendants. | CIVIL ACTION <br> NO. 04-10946-JLT |

## DEFENDANT'S CORPORATE DISCLOSURE UNDER LOCAL RULE 7.3

Defendant, Kristine Travel and Tours, Inc., states that no publicly held company owns any of its corporate stock. The stock of Kristine Travel is privately owned.

Respectfully submitted,
Kristine Travel, Inc.
By its attorneys

Darrell Mook
BBO No. 546754
Andrew P. Botti
BBO No. 558755
Nicole Castagna
BBO No. 655025
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
Tel.: (617) 406-4500
Fax: (617) 406-4501

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail (by hand) on 5/27/04.

Dated: 5/27/, 2004
00834428/23526.0