UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                      FILED
                                   IN CLERKS OFFICE

                                   2004 MAY 27  A 9:29

                                   U.S. DISTRICT COURT
                                   DISTRICT OF MASS.
```

|  |  |
|---|---|
| PETER PAN BUS LINES, INC. and ) | |
| GREYHOUND LINES, INC., ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | NO.: 04-10946-JLT |
| FUNG WAH BUS TRANSPORTATION, INC. ) | |
| and KRISTINE TRAVEL AND TOURS, INC. ) | |
| doing business as TRAVEL PACK, ) | |
| Defendants. ) | |

## AFFIDAVIT OF HARRY LAU SUBMITTED IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Harry Lau, hereby depose and state:

1.  I am the President of Kristine Travel and Tours, Inc., d/b/a Travel Today ("Kristine Travel"), one of the named defendants in this case.

2.  I make this affidavit on personal knowledge.

3.  I have been the President of Kristine Travel since its inception in 1996. The company began operations as a travel agency, booking tours on the Trombley Bus Lines.

4.  At that time, Kristine Travel also operated a small van which transported individuals wishing to travel from Boston to New York City.

5.  By 1999, enough people were interested in our Boston to New York City service that Kristine Tours began operating one full-sized, fifty-seven passenger coach, making one trip per day between Boston's Chinatown section and New York City's Chinatown.

6.  Presently, Kristine Travel operates fourteen large, fifty-seven passenger coaches and six smaller coaches of twenty-four passengers each between Boston and New York City. Through hard work and large financial investment, Kristine Travel now enjoys substantial customer goodwill as illustrated by its repeat business.

7.  Kristine Travel makes sixteen round trips per day to New York City carrying approximately fifty passengers per trip, for a total of well over 200,000 passenger trips annually.

8.  Each passenger pays $20.00 for a round-trip ticket. Kristine Travel is able to offer this competitive rate because it operates very efficiently and with relatively low overhead.

9.  Kristine Travel's passengers board at curbside in Boston's Chinatown, usually on Harrison Avenue or its vicinity. Likewise, the passengers are let off in New York City's Chinatown, also at curbside.

10. Kristine Travel does not operate or maintain any bus terminals or ticket booths, nor is it required by law to do so. Passengers may purchase tickets online at our website, or at a storefront in Boston's Chinatown, located at 42B Harrison Avenue.

11. Kristine Travel performs routine maintenance on all its buses. Kristine Travel operates a fully-equipped maintenance garage in Brockton, Massachusetts. We employ a Vanhool-certified bus mechanic, who is also licensed by the State of Massachusetts to conduct annual bus inspections. We also have a maintenance garage in Brooklyn, New York.

12. Kristine Travel is fully insured up to the requisite $5,000,000 liability coverage as required by FMCSA regulations.

13. Moreover, all of its vehicles are subject to annual state and federal inspections. A copy of the current Federal Motor Vehicle Carrier Safety inspection report for Kristine Travel is

attached hereto as Exhibit A. It shows that Kristine Travel is in good standing, having a "Satisfactory" rating which is current as of May 24, 2004.

14. Kristine Travel also has bus maintenance agreements with ABC Leasing, from whom it gets its vehicles, Detroit Diesel (for bus engines) and Allison Transmissions (for bus drive trains), all of which are major industry companies.

15. Kristine Travel has a contract with Fleet Safety Services, Inc. located in Worcester, Massachusetts ("Fleet Safety"). This contract, a copy of which is attached hereto as Exhibit B, requires that Fleet Safety coordinate and implement nearly all of the requisite safety procedures applicable to Kristine Travel. This contract costs Kristine Travel several thousand dollars per year.

16. Our contract with Fleet Safety ensures that Kristine Travel is in compliance with D.O.T. and Federal Motor Carrier Safety Regulations. For example, Fleet Safety assists us in monitoring, among other things: 1) hours of service requirements; 2) drug and alcohol testing procedures; 3) driver qualification analysis; and 4) review of driver employment applications.

17. Several examples of Kristine Travel compliance documents are attached hereto. These include the following:

- a) Motor Vehicle Driver's Certification of Violations and Annual Review (Exhibit C hereto);

- b) Driver's Record of Duty Status giving hours of operation (Exhibit D hereto);

- c) Driver's acknowledgement of receipt of Federal Motor Carrier Regulations Pocketbook and obligation to familiarized himself with Federal Motor Carrier Safety Regulations (Exhibit E hereto);

- d) Acknowledgment of HAZMAT Emergency Response Procedures (Exhibit F hereto);

- e) Random Drug Test Results for coach drivers (Exhibit G hereto);

f) Controlled Substance Testing as condition of pre-employment (Exhibit H hereto);

g) Substance Abuse and Alcohol Misuse Program (Exhibit I hereto); and

h) Pre-screening employment procedures relative to driver applicants (Exhibit J hereto).

18. Moreover, Fleet arranges for Kristine Travels' drivers to obtain annual medical examinations and certifications as to the driver's physical fitness to operate a bus. (Exhibit K hereto.)

19. Kristine Travel also has its own written safety program with which its driver's must be familiar. A copy of these regulations is attached hereto as Exhibit L.

20. I myself conduct the annual driver's test for our drivers pursuant to regulation.

21. Based upon my knowledge of our ridership, I can state definitively that if Kristine Travel were forced to close down for any appreciable length of time, our company would go out of business. This would result in the loss of at least thirty employees and ultimately millions of dollars in revenue.

22. Also, I know of several Chinese bus companies operating out of Chinatown in New York City that could readily fill the need for a $20.00 round-trip fare between Boston and New York City.

23. On May 20, 2004, Kristine Travel applied for regular route authority with the FMCSA. I understand it will take approximately 30 days to process our application.

24. I was told several years ago by the local Department of Transportation office at South Station that we were properly registered to run our bus service between Boston and New York. This was repeated to us more than once on subsequent visits to South Station.

4

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 26 DAY OF MAY, 2004.

                                                              Harry Lau, President
                                                              Kristine Travel and Tours, Inc.

00833551