UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER PAN BUS LINES, INC. and GREYHOUND LINES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FUNG WAH BUS TRANSPORTATION, INC. and KRISTINE TRAVEL and TOURS, INC. d/b/a TRAVEL PACK, <br><br> Defendants. | C. A. No. 04-10946-JLT |

**ANSWER AND JURY DEMAND OF
<u>DEFENDANT, FUNG WAH BUS TRANSPORTATION, INC.</u>**

The defendant, Fung Wah Bus Transportation, Inc. ("Fung Wah"), hereby answers the Complaint of the plaintiffs, Peter Pan Bus Lines, Inc. ("Peter Pan") and Greyhound Lines, Inc. ("Greyhound"), as follows:

<u>Jurisdiction</u>

1.   No answer is required to paragraph 1 because it states a conclusion of law.

<u>Venue</u>

2.   No answer is required to paragraph 2 because it states a conclusion of law.

# 1988695_v1

## Nature of Action

3. No answer is required to paragraph 3 because it states a conclusion of law.

## Parties

4. Fung Wah is without information sufficient to form a belief as to the truth of the allegations in paragraph 4.

5. Fung Wah is without information sufficient to form a belief as to the truth of the allegations in paragraph 5.

6. Fung Wah is without information sufficient to form a belief as to the truth of the allegations in paragraph 6.

7. Fung Wah is without information sufficient to form a belief as to the truth of the allegations in paragraph 7.

8. Fung Wah is without information sufficient to form a belief as to the truth of the allegations in paragraph 8.

9. Fung Wah is without information sufficient to form a belief as to the truth of the allegations in paragraph 9.

10. Fung Wah admits the allegations in paragraph 10.

11. Fung Wah admits the allegations in paragraph 11, but states further that it has applied for, and anticipates receiving shortly, the "regular route" license.

12. Fung Wah admits the allegations in paragraph 12.

13. Fung Wah is without information sufficient to form a belief as to the truth of the allegations in paragraph 13.

# 1988695_v1

14. Fung Wah is without information sufficient to form a belief as to the truth of the allegations in paragraph 14.

15. Fung Wah is without information sufficient to form a belief as to the truth of the allegations in paragraph 15.

### Allegations

16. No answer is required to paragraph 16 because it states a conclusion of law.

17. No answer is required to paragraph 17 because it states a conclusion of law.

18. No answer is required to paragraph 18 because it states a conclusion of law. To the extent that an answer is required, Fung Wah states that it is in the process of applying for, and receiving imminently, the "regular route" license.

19. No answer is required to paragraph 19 because it states a conclusion of law.

20. No answer is required to paragraph 20 because it states a conclusion of law.

21. Fung Wah is without information sufficient to form a belief as to the truth of the allegations in paragraph 21.

### Injury to Plaintiffs

22. Fung Wah is without information sufficient to form a belief as to the truth of the allegations in paragraph 22.

# 1988695_v1

23. Fung Wah is without information sufficient to form a belief as to the truth of the allegations in paragraph 23.

24. Fung Wah admits providing bus transportation services, but otherwise denies the allegations in paragraph 24.

25. Fung Wah denies the allegations in paragraph 25.

### Remedy

26. No answer is required to paragraph 26 because it states a conclusion of law. To the extent that an answer is required, Fung Wah denies the allegations.

### Service

27. Fung Wah is without information sufficient to form a belief as to the truth of the allegations in paragraph 27.

### Relief Requested

28. Fung Wah denies the allegations in paragraph 28.

29. Fung Wah denies the allegations in paragraph 29.

### AFFIRMATIVE DEFENSES

As and for a complete and separate defense, Fung Wah states:

1. The Complaint, in whole or in part, fails to state a claim upon which relief can be granted.

2. Fung Wah's violations, if any, are de minimis and it has satisfied the substance of the statutory and regulatory requirements.

3. The claims set forth in the Complaint are moot.

# 1988695_v1

4

4. The plaintiffs are estopped, by their conduct and actions, from any recovery.

5. The plaintiffs have failed to satisfy the statutory prerequisites for recovering in this action.

WHEREFORE, Fung Wah demands that the Complaint be dismissed.

<u>FUNG WAH DEMANDS TRIAL BY JURY</u>

Respectfully submitted

By its attorneys,

/s/ Lawrence R. Kulig

Lawrence R. Kulig (BBO #544656)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, Massachusetts 02116
(617) 523-2700

Dated: June 4, 2004

# 1988695_v1

5

## CERTIFICATE OF SERVICE

I, Lawrence R. Kulig, do hereby certify that I served a true copy of the within document on this 4th day of June, 2004, on the following:

Wesley S. Chused, Esq.
Looney & Grossman
101 Arch Street
Boston, MA 02110

Andrew P. Botti, Esq.
Donovan & Hattem
Two Seaport Lane
Boston, MA 02210

_____
Lawrence R. Kulig

# 1988695_v1