UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PETER PAN BUS LINES, INC. and ) <br> GREYHOUND LINES, INC., ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> FUNG WAH BUS TRANSPORTATION, INC. ) <br> and KRISTINE TRAVEL AND TOURS, INC. ) <br> doing business as TRAVEL PACK, ) <br> *Defendants*. ) | CIVIL ACTION <br> NO. 04-10946-JLT |

**PLAINTIFFS' MOTION TO AMEND COMLPLAINT**

Pursuant to Fed. R. Civ. P. 15(a), Plaintiffs, Peter Pan Bus Lines, Inc. ("Peter Pan") and Greyhound Lines, Inc. ("Greyhound"), move for leave to file an Amended Complaint in the form attached hereto as Exhibit A and submitted concurrently herewith.

As grounds for this Motion, Plaintiffs state that the purpose of the proposed Amended Complaint is to assert a claim for compensatory damages and attorney's fees, which were not included in Plaintiffs' original Complaint. In their original Complaint, Plaintiffs had sought preliminary and permanent injunctive relief against Defendants Fung Wah Bus Transportation, Inc. ("Fung Wah") and Kristine Travel and Tours, Inc. d/b/a Travel Pack ("Kristine"). However, at the hearing on Plaintiffs' application for a preliminary injunction, held on May 27, 2004, one of the reasons given by the Court, Tauro, J., for denying the injunction was his belief that if the allegations in Plaintiffs' Complaint were true, then money damages, rather than an injunction, would be an adequate remedy. Hence, the proposed Amended Complaint.

It is well settled that leave to amend shall be freely given when justice so requires. Fed. R. Civ. P. 15(a); *Foman v. Davis,* 371 U.S. 178, 182, 83 S. Ct. 227, 9 L. Ed. 2d 222 (1962); *Subaru Distrib. Corp. v. General Ship Corp.,* 167 F.R.D. 342, 343 (D. Mass. 1996). Certainly, in this case justice requires the granting of this motion, because without the requested amendment, Plaintiffs would have no remedy at all for Defendants' unlawful operations.

Moreover, neither Defendant would be prejudiced by the proposed amendment. This action was commenced on May 12, 2004, just over a month ago, and only one Defendant, Fung Wah, has filed (on June 4, 2004) an answer. Defendant Kristine has not yet answered the original Complaint. Both Defendants, however, did submit affidavits and related papers in opposition to Plaintiffs' application for injunctive relief. In any event, no initial disclosures under Rule 26 have been served by any party, there has been no scheduling conference or scheduling order in this case, and no discovery has been conducted to date. Clearly, under these circumstances, there would be no prejudice to Defendants or any delay to the Court in its disposition of this case if leave to amend is granted.

**Local Rule 7.1(A)(2) Certification**

I, Wesley S. Chused, attorney for Plaintiffs, pursuant to Local Rule 7.1(A)(2), hereby certify that on June 14, 2004 I conferred with counsel for both Defendants in a good faith attempt to resolve or narrow the issue herein.

-3-

WHEREFORE, Plaintiffs Peter Pan Bus Lines, Inc. and Greyhound Lines, Inc. pray that the Court grant them leave to file the attached Amended Complaint.

|  |  |
|---|---|
|  | PETER PAN BUS LINES, INC. and GREYHOUND LINES, INC. By their attorneys, |
| June 16, 2004 | /s/ Wesley S. Chused<br>Wesley S. Chused (BBO#083520)<br>LOONEY & GROSSMAN LLP<br>101 Arch Street<br>Boston, MA 02110<br>(617) 951-2800 |
|  | and |
|  | Jeremy Kahn<br>KAHN & KAHN<br>1730 Rhode Island Ave., N.W.<br>Suite 810<br>Washington, D.C.  20036<br>(202) 887-0037 |

**OF COUNSEL:**

Fritz R. Kahn, Esq.
FRITZ R. KAHN, P.C.
1920 N Street, N.W., 8th Floor
Washington, DC 20036
(202) 263-4152

## CERTIFICATE OF SERVICE

      I hereby certify that on June 16, 2004 I served a copy of the foregoing pleading upon all parties hereto electronically, via facsimile or via first class mail, properly addressed to the following:

> Darrell Mook, Esq.
> Andrew P. Botti, Esq.
> DONOVAN HATEM
> Two Seaport Lane
> Boston, MA 02210
> Fax (617) 406-4501
>
> Lawrence R. Kulig, Esq.
> HOLLAND & KNIGHT LLP
> 10 St. James Avenue
> Boston, MA 02116
> Fax (617) 523-6850

                                            /s/ Wesley S. Chused
                                            Wesley S. Chused