# HOLLAND & KNIGHT LLP

10 St. James Avenue
Boston, Massachusetts 02116

617-523-2700
617-523-6850 Fax
www.hklaw.com

Annapolis
Atlanta
Bethesda
Boston
Bradenton
Chicago
Fort Lauderdale
Jacksonville
Lakeland
Los Angeles
Miami
New York
Northern Virginia
Orlando
Portland
Providence
St. Petersburg

San Antonio
San Francisco
Seattle
Tallahassee
Tampa
Washington, D.C.
West Palm Beach

International Offices:
Caracas*
Helsinki
Mexico City
Rio de Janeiro
São Paulo
Tel Aviv*
Tokyo
*Representative Office

June 24, 2004

LAWRENCE R. KULIG
617-854-1464
lawrence.kulig@hklaw.com

**By Hand**

Ms. Sherry Spencer, Docketing Clerk for
The Honorable Joseph L. Tauro
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re: *Peter Pan Bus Lines, Inc., et al. v. Fung Wah Bus Transportation, Inc., et al.*
United States District Court, Civil Action No. 04-10946-JLT

Dear Ms. Spencer:

Enclosed please find a courtesy copy of the following document:

1. Opposition of Defendant, Fung Wah Bus Transportation, Inc., to Plaintiffs' Motion to Amend Complaint.

The original of this document was filed electronically.

# 2044077_v1

Ms. Sherry Spencer, Docketing Clerk for
The Honorable Joseph L. Tauro
June 24, 2004
Page 2

Thank you for your attention to this matter. If you have any questions, please feel free to call.

Very truly yours,

Lawrence R. Kulig

LRK/cao
Enclosures
cc:   Wesley S. Chused,, Esq. *(w/enclosures; via first class mail)*
      Andrew P. Botti, Esq. *(w/enclosures; via first class mail)*

# 2044077_v1

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER PAN BUS LINES, INC. and GREYHOUND LINES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FUNG WAH BUS TRANSPORTATION, INC. and KRISTINE TRAVEL and TOURS, INC. d/b/a TRAVEL PACK, <br><br> Defendants. | C. A. No. 04-10946-JLT |

**OPPOSITION OF DEFENDANT, FUNG WAH BUS TRANSPORTATION, INC., TO PLAINTIFFS' MOTION TO AMEND COMPLAINT**

The defendant, Fung Wah Bus Transportation, Inc. ("Fung Wah"), hereby relies upon and refers the Court to the Opposition filed by the co-defendant, Kristine Travel and Tours, Inc. d/b/a Travel Pack ("Travel Pack"), which arguments Fung Wah joins in and incorporates herein, in opposition to the Plaintiffs' motion to amend the complaint.

In addition, attached hereto is a copy of the common carrier regular route certificate issued to Fung Wah on June 10, 2004 by the United States Department of Transportation Federal Motor Carrier Safety Administration.

Fung Wah submits that the Plaintiffs alleged claim for damages are speculative and the Plaintiffs own delay in asserting such a claim evidences their unclean hands.

# 2044081_v1

For these reasons, the plaintiffs' motion should be denied.

>Respectfully submitted
>
>By its attorneys,
>
>_____
>Lawrence R. Kulig (BBO #544656)
>HOLLAND & KNIGHT LLP
>10 St. James Avenue
>Boston, Massachusetts 02116
>(617) 523-2700

Dated:   June 24, 2004

## CERTIFICATE OF SERVICE

I, Lawrence R. Kulig, do hereby certify that I served a true copy of the within document on this 24th day of June, 2004, on the following:

>Wesley S. Chused, Esq.
>Looney & Grossman
>101 Arch Street
>Boston, MA 02110
>
>Andrew P. Botti, Esq.
>Donovan & Hattem
>Two Seaport Lane
>Boston, MA 02210

_____
Lawrence R. Kulig

# 2044081_v1

2



U.S. Department of Transportation
Federal Motor Carrier Safety Administration

400 7th Street SW
Washington, DC 20590

Service Date
June 10, 2004

## CERTIFICATE

### MC-405969-C
### FUNG WAH BUS TRANSPORTATION INC
### BOSTON, MA

This Certificate is evidence of the carrier's authority to engage in transportation as a **common carrier of passengers** by motor vehicle in interstate, intrastate and foreign commerce.

This authority will be effective as long as the carrier maintains compliance with the requirements pertaining to insurance coverage for the protection of the public (49 CFR 387) and the designation of agents upon whom process may be served (49 CFR 366). The carrier shall also render reasonably continuous and adequate service to the public. Failure to maintain compliance will constitute sufficient grounds for revocation of this authority.

The transportation service to be performed is described on the reverse side of this document. Authority to transport passengers over regular routes includes authority to serve all intermediate points on these routes, as specified at 49 CFR 356.3.

Angeli Sebastian, Chief
Information Systems Division

**NOTE:** Carrier is authorized to provide regular-route passenger transportation in intrastate commerce and also must comply with requirements at 49 USC § 13902(b)(5) to establish rates, rules, and practices under applicable State laws.

**CONDITION:** The carrier is authorized to provide intrastate passenger transportation service under this certificate *only* if the carrier also provides substantial regularly scheduled interstate passenger transportation service on the same route.

**TACKING AND JOINDER:** Any irregular route authority in this Certificate *may not* be tacked or joined with other irregular route authority unless joinder is specifically authorirized. Any *regular* routes authorized in this Certificate *may* be tacked or joined with one another and with other interstate regular route authority you hold, at any common service points, unless joinder is specifically prohibited.

**NOTE:** Willful and persistent noncompliance with applicable safety fitness regulations as evidenced by a DOT safety fitness rating of "Unsatisfactory" or by other indicators, could result in a proceeding requiring the holder of this certificate or permit to show cause why this authority should not be suspended or revoked.

CPA

Interstate common carrier of passengers over regular routes:

BETWEEN NEW YORK CITY, NY AND BOSTON, MA: FROM NEW YORK CITY OVER CANAL ST TO BOWERY ST, OVER BOWERY ST TO DELANCEY ST, OVER DELANCEY ST TO THE WILLIAMSBURG BRIDGE, OVER THE WILLIAMSBURG BRIDGE TO BROOKLYN-QUEENS EXPRESSWAY (I-278) EAST, OVER BROOKLYN-QUEENS EXPRESSWAY (I-278) TO INTERSTATE HWY 95 NORTH, OVER INTERSTATE HWY 95 NORTH TO INTERSTATE HWY 91 NORTH, OVER INTERSTATE HWY 91 NORTH TO INTERSTATE HWY 84 EAST, OVER INTERSTATE HWY 84 EAST TO INTERSTATE HWY 90 EAST, OVER INTERSTATE HWY 90 EAST TO ATLANTIC AVE AND BEACH ST IN BOSTON, RETURNING OVER BEACH ST, TO HARRISON AVE, OVER HARRISON AVE TO KNEELAND ST, OVER KNEELAND ST TO INTERSTATE HWY 90 WEST, OVER INTERSTATE HWY 90 WEST TO INTERSTATE HWY 84 WEST, OVER INTERSTATE HWY 84 WEST TO INTERSTATE HWY 91 SOUTH, OVER INTERSTATE HWY 91 SOUTH TO INTERSTATE HWY 95 SOUTH, OVER INTERSTATE HWY 95 SOUTH TO BROOKLYN-QUEENS EXPRESSWAY WEST (I-278), OVER BROOKLYN-QUEENS EXPRESSWAY WEST (I-278) TO THE WILLIAMSBURG BRIDGE, OVER THE WILLIAMSBURG BRIDGE TO DELANCEY ST, OVER DELANCEY ST TO CHRYSTIE ST, OVER CHRYSTIE ST AND CANAL ST IN NEW YORK CITY; SERVING ALL INTERMEDIATE POINTS. NOTE: APPLICANT SEEKS TO PROVIDE REGULAR-ROUTE SERVICE IN INTERSTATE OR FOREIGN COMMERCE AND IN INTRASTATE COMMERCE UNDER 49 U.S.C. 13902(B)(3) (1996 CODIFICATION) OVER THE SAME ROUTE.