UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUL -1 A 11: 31

U.S. DISTRICT COURT
DISTRICT OF MASS

PETER PAN BUS LINES, INC. and
GREYHOUND LINES, INC.,
    *Plaintiffs,*

v.

FUNG WAH BUS TRANSPORTATION, INC.
and KRISTINE TRAVEL AND TOURS, INC.
doing business as TRAVEL PACK,
    *Defendants.*

CIVIL ACTION
NO. 04-10946-JLT

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate that the Complaint of the plaintiffs in this action be dismissed without costs.

FUNG WAH BUS TRANSPORTATION, INC.

By its attorney,

*[signature]*

Lawrence R. Kulig (BBO #544656)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

June 28, 2004

Respectfully submitted,

PETER PAN BUS LINES, INC. and
GREYHOUND LINES, INC.

By their attorneys,

*[signature]*

Wesley S. Chused (BBO #083520)
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

June 24, 2004

and

Jeremy Kahn
KAHN & KAHN
1730 Rhode Island Ave., N.W.
Suite 810
Washington, D.C. 20036
(202) 887-0037

KRISTINE TRAVEL AND TOURS, INC.
doing business as TRAVEL PACK,

By its attorney,

_____
Darrell Mook (BBO #546754)
DONOVAN HATEM
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

June 29, 2004